ROBERT R. TURNER v. THE MUSKEGON MACHINE & FOUNDRY COMPANY.

[See 97 Mich. 166.]

*Costs—Copy of stenographer's minutes.*

Under 3 How. Stat. § 6534b4, which makes it the duty of the stenographer of the fourteenth judicial circuit to furnish a transcript of the testimony. taken on the trial when desired by the counsel for either party for the purpose of removing the case to the Supreme Court, and provides that the sum paid for such testimony may be taxed as a part of the costs,

a party who procures daily copies of the testimony, in contemplation of its use in settling a bill of exceptions, and who uses it for that purpose, and also for the purposes of the trial, may tax the sum paid therefor as a part of his costs, if he prevails in the Supreme Court.

Motion by plaintiff for retaxation of costs. Argued December 12, 1893. Denied December 13, 1893.

Act No. 214, Laws of 1887 (3 How. Stat. § 6534b4), makes it the duty of the official stenographer of the fourteenth judicial circuit, in case the counsel for either party desires a transcript of the whole or a part of the testimony or proceedings in a suit for the purpose of moving for a new trial or for removing the cause to the Supreme Court, to furnish the same within a reasonable time, for which he is entitled to receive 10 cents per folio, and the sum so paid is to be taxed as a part of the costs. During the trial of this case, the defendant procured a daily copy of the testimony, in contemplation of its use in settling a bill of exceptions, and used it for that purpose and for the purposes of the trial, and the amount paid for the same was taxed as a part of defendant's costs in the Supreme Court.

*DeLong & O'Hara,* for the motion.

*Smith, Nims, Hoyt & Erwin, contra.*

PER CURIAM. In the fourteenth judicial circuit, the cost of the stenographer's record of the proceedings of the trial, procured during the trial in contemplation of use in settling a bill of exceptions, may, if subsequently used for such purpose, be taxed. This motion is within the rule laid down in *Re Estate of Mabel Ward,* decided February 5, 1889, and not reported.